**AMPIO PHARMACEUTICALS, INC (AMPE)**                                    **Stein, Shiva**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 06/11/2014 | PUR | 10 | $7.1600 |